**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
**_____ DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Emery Curtis Lewis,
Inmate # 158966.
(Enter full name of Plaintiff)

vs. Escambia County Jail

Sheriff Ron Mcnesby,
Captain Chromiak,
Sgt. Swinney,
Sgt. Meritt,
Sgt. Collins       ET.AL.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: 3:07cv178/RV/EMT
(To be assigned by Clerk)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2007 APR 23   PM 12: 48

SK
FILED

COPIED FOR
IMAGE Quality

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Emery Curtis Lewis
Inmate Number: 158966
Prison or Jail: Escambia County Jail
Mailing address: Special housing S4-01
P.O. Box 17800
Pensacola, Fl 32522-7789

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Ron McNesby
    Official position: Sheriff
    Employed at: Escambia County
    Mailing address: P.O. Box 18770
    Pensacola, Fl 32523

(2) Defendant's name: Chromiak
    Official position: Captain
    Employed at: Escambia county jail
    Mailing address: P.O. Box 17800
    Pensacola, Fl 32522-7789

(3) Defendant's name: Swinney
    Official position: Sgt.
    Employed at: Escambia County Jail
    Mailing address: P.O. Box 17800
    Pensacola, Fl 32522-7789

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
    (a) Plaintiff(s): _____
    (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Parties to previous action:
    a. Plaintiff(s): _____
    b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )           No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )           No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On April 27, 2006 I was placed in administrative confinement. I've been neglected of my privilege of outside recreation ever since April 27, 2006. I'm entitled to the same privileges as Anyone else that's housed in administrative confinement. I wrote request slips, inmate Grievances, formal grievances about this matter to the proper Staff. I asked Sgt. Gruver, Sgt. Swinney, Captain Chrimial, Sgt. Meritt and others about me going outside to recreation. They all tell me the Same story, "They doing construction on the Yard, maybe in 2 weeks, or when there is enough Staff. etc. etc. Within 11 months everybody on A/C confinement has been out to recreation I have not. I am going crazy in this cell and my mind can not take Anymore of this! I am a mental health patient with major issues.

5

I am being abused mentally and I am suffering, I need some fresh air, but I am being neglected. please help me.

respectfully Submitted
Emery Curtis Lewis
*Emery Curtis Lewis*

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Cruel and unusual punishment. Violation of Civil Rights with regard to Fair and Ethical Treatment of Pre-Trial Detainee's; Violation of Due Process - Speedy Trial; Access to Lawyer; Psychological Abuse

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Punitive Damages; Modification of Custody Parameters; Discharge of Current Charges; Sanctions against Defendants; All and Further Relief Court Deems Necessary.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

4-10-07
(Date)

Jmery Curtis Lewis
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☑ deposited in the prison's internal mail system on:
the __17__ day of __April__, 20_07_.

Jmery Curtis Lewis
(Signature of Plaintiff)

Revised 03/07

7